THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| CHANEL, INC., a New York Corporation, | ) ) ) | CIVIL ACTION FILE |
| Plaintiff, | ) ) ) | NO. 1:06-CV-1854-GGB |
| vs. | ) ) ) | **STIPULATED CONSENT** |
| MAGIC CIRCUIT, INC., a Georgia corporation, and JINSONG YANG a/k/a JIM YOUNG d/b/a MALLALL.COM d/b/a BAGLUXURY.COM, and DOES 1 – 10, | ) ) ) ) ) ) ) | **FINAL JUDGMENT AND PERMANENT INJUNCTION** |
| Defendants. | ) | |

Plaintiff, Chanel, Inc. ("Chanel") and Defendants, Magic Circuit, Inc., a Georgia corporation, and Jinsong Yang a/k/a Jim Young d/b/a MallAll.com d/b/a BagLuxury.com (collectively the "MallAll Defendants"), stipulate and consent to the following:

WHEREAS, the MallAll Defendants allegedly adopted and began using trademarks in United States which allegedly infringe Chanel's registered trademarks: CHANEL and CC MONOGRAM (the "Chanel Marks");

WHEREAS, the MallAll Defendants' alleged use of names and marks which incorporate one or more of the Chanel Marks is likely to cause confusion as to source or origin; and

WHEREAS, without an admission of liability by the MallAll Defendants, based upon Chanel's good faith prior use of the Chanel Marks, Chanel has superior and exclusive rights in and to the Chanel Marks in the United States and any confusingly similar names or marks.

IT IS ORDERED, ADJUDGED AND DECREED as follows:

1.    That the MallAll Defendants, their agents, representatives, servants, employees, and all those acting in concert or participating therewith are hereby permanently enjoined, from manufacturing or causing to be manufactured, importing, advertising or promoting, distributing, selling or offering to sell counterfeit goods bearing the Chanel Marks from infringing, counterfeiting, or diluting the Chanel Marks; from using the Chanel Marks, or any marks similar thereto in connection with the sale of any unauthorized goods; from using any logo, trade name or trademark which is calculated to falsely advertise the services or products of the MallAll Defendants as being sponsored by, authorized by, endorsed by, or in any way associated with Chanel, from falsely representing themselves as being connected with Chanel, through sponsorship or association, or engaging in any act which is likely to falsely cause members of the trade and/or of the purchasing public to believe any goods or services of Chanel, are in any way endorsed by, approved by, and/or associated with Chanel from using any reproduction, counterfeit, copy, or colorable imitation of the Chanel Marks in connection with the publicity, promotion, sale, or advertising of any goods sold by Chanel, including, without limitation, handbags and costume jewelry, including earrings, necklaces, bracelets, brooches and rings, from affixing, applying, annexing or using in connection with the sale of any goods, a false description or representation, including words or other symbols tending to falsely describe or

represent the MallAll Defendants' goods as being those of Chanel, or in any way endorsed by Chanel and from offering such goods in commerce; and from otherwise unfairly competing with Chanel.

2.    Any party shall have the right to seek sanctions for contempt, compensatory damages, injunctive relief, attorneys' fees, costs, and other relief deemed proper in the event of a violation or failure to comply with any of the provisions hereof.

3.    This cause between Chanel, Inc. and Magic Circuit, Inc. and Jinsong Yang a/k/a Jim Young d/b/a MallAll.com d/b/a BagLuxury.com is hereby dismissed with prejudice, subject to the terms of the Settlement Agreement between the parties.  This Consent Judgment shall be conclusive for purposes of collateral estoppel regarding all issues that have been or could have been brought on the same operative facts.

4.    The parties respective attorney's fees and costs incurred in connection with this action shall be borne as per the agreement of the individual parties on their Settlement Agreement.

5.    This Court will retain continuing jurisdiction over this cause to enforce the terms of this Consent Judgment and the Settlement Agreement between the parties.

6.    All allegedly counterfeit Chanel products currently in the possession, custody or control of the MallAll Defendants shall be delivered to Chanel's

counsel and destroyed under the direction of Chanel.

DATED this 11th day of April, 2008.

Respectfully submitted,


By:  /s/ Heidi H. Raschke
      Heidi Raschke
      Robins, Kaplan, Miller & Ciresi, LLP
      2600 One Atlanta Plaza
      950 East Paces Ferry Road, NE
      Atlanta, Georgia 30326
      Telephone 404-760-4300
      Facsimile 404-233-1267
      Counsel for Plaintiff, Chanel, Inc.


By:  /s/ Jinsong Yang
      Magic Circuit, Inc.
      Printed Name: Jinsong Yang
      Title: Owner



      /s/ Jinsong Yang
      Jinsong Yang a/k/a Jim Young


SO ORDERED this _____ day of _____, 2008.


      _____
      GERRILYN G. BRILL
      United States Magistrate Judge

**Stipulated Consent Final Judgment**
**And Permanent Injunction**

THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| CHANEL, INC.,<br>a New York Corporation, | ) )<br>) | CIVIL ACTION FILE |
| Plaintiff, | ) )<br>) | NO. 1:06-CV-1854 |
| vs. | ) )<br>) | |
| MAGIC CIRCUIT, INC., a Georgia<br>corporation, and JINSONG YANG<br>a/k/a JIM YOUNG d/b/a<br>MALLALL.COM d/b/a<br>BAGLUXURY.COM, and<br>DOES 1 – 10, | ) )<br>) )<br>) )<br>) )<br>) )<br>) ) | **STIPULATED CONSENT<br>FINAL JUDGMENT AND<br>PERMANENT INJUNCTION** |
| Defendants. | ) | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing **STIPULATED CONSENT FINAL JUDGMENT AND PERMANENT INJUNCTION** was served upon the following via first class mail on this 11th day of April, 2008:

**Jingsong Yang a/k/a Jim Young
and
Magic Circuit, Inc.
Defendants Pro Se**
3422 Lockmed Drive
Norcross, GA 30092

/s/ Heidi H. Raschke

Robins, Kaplan, Miller & Ciresi L.L.P
2600 One Atlanta Plaza
950 East Paces Ferry Road, N.E.

**Stipulated Consent Final Judgment
And Permanent Injunction**

Atlanta, GA  30326-1119
Telephone:  (404) 760-4300
Email:  hhraschke@rkmc.com

THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| CHANEL, INC.,<br>a New York Corporation, | ) <br> ) | CIVIL ACTION FILE |
| | ) | |
| Plaintiff, | ) | NO. 1:06-CV-1854 |
| | ) | |
| vs. | ) | |
| | ) | **STIPULATED CONSENT** |
| MAGIC CIRCUIT, INC., a Georgia | ) | **FINAL JUDGMENT AND** |
| corporation, and JINSONG YANG | ) | **PERMANENT INJUNCTION** |
| a/k/a JIM YOUNG d/b/a | ) | |
| MALLALL.COM d/b/a | ) | |
| BAGLUXURY.COM, and | ) | |
| DOES 1 – 10, | ) | |
| | ) | |
| Defendants. | ) | |

## <u>CERTIFICATE OF COMPLIANCE</u>

Pursuant to Local Rule 7.1D, I hereby certify that the foregoing has been

prepared with Times New Roman, 14 point font.

/s/ Heidi H. Raschke

Robins, Kaplan, Miller & Ciresi L.L.P
2600 One Atlanta Plaza
950 East Paces Ferry Road, N.E.
Atlanta, GA  30326-1119
Telephone:  (404) 760-4300
Email:  hhraschke@rkmc.com